**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **NA'EEM BETZ,** : | |
| : | Case No. 1:17-cv-02457 (APM) |
| **Plaintiff** : | |
| : | Honorable Judge Amit P. Mehta |
| **v.** : | |
| : | JOINT STIPULATION OF DISMISSAL |
| **DIVERSIFIED CONSULTANTS, INC.,** : | WITH PREJUDICE |
| **(DCI)** : | Fed. R. Civ. P. 41(a)(1)(A)(ii) |
| : | |
| **Defendant** : | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Comes now the Plaintiff, (*Pro se*) Naeem Betz and counsels of record for the Defendant Diversified Consultants Inc., Aaron R. Easley, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) do hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Date: April 18th, 2018

Respectfully submitted,

*s/ Na'eem Betz*
NA'EEM BETZ
4244 Hildreth St. SE
Washington, D.C. 20019-9998
nobetzo@gmail.com
*Plaintiff / Pro Se*
P.O. BOX 15714
Washington, D.C. 20003

## D.C. LOCAL RULE 7(m) CERTIFICATE

Prior to filing this Notice, Plaintiff Na'eem Betz and, conferred with counsel of record for the Defendant Diversified Consultants Inc., Aaron R. Easley, about the substance of this Joint Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

## CERTIFICATE OF SERVICE

I certify that on the 18th day of April, 2018, a true copy of the foregoing was served on counsels for Defendant DIVERSIFIED CONSULTANTS, INC., (DCI)., via email to Aaron R. Easley, Esq., aeasley@sessions.legal, aeasley@sessions-law.biz, by CM/ECF in this cause of action on April 18th, 2018.

By: *s/ Na'eem Betz*
NA'EEM BETZ
4244 Hildreth St. SE
Washington, D.C. 20019-9998
nobetzo@gmail.com
*Plaintiff / Pro Se*


P.O. BOX 15714
Washington, D.C. 20003


Dated: April 18th, 2018

*s/ Aaron R. Easley*
Aaron R. Easley, Esq. (450292)
Sessions, Fishman, Nathan & Israel
3 Cross Creek Drive
Flemington, New Jersey 08822
Telephone: (908) 237-1660
Facsimile: (908) 237-1663
Email:  aeasley@sessions-law.biz
*Attorneys for Defendant, Diversified Consultants, Inc.*